# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| ASTRABRANDS LV, INC., <br><br> Plaintiff, <br> v. <br> GLOBAL EXPO TRANZ, LLC, et al, <br><br> Defendants. | Case No. 2:16-cv-00302-JCM-PAL <br><br> **MINUTES OF TELEPHONIC CONFERENCE** <br><br> Dated: September 13, 2016 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin          **RECORDER/TAPE #**: None

**COUNSEL FOR PLAINTIFF:** Pamela McKay

**COUNSEL FOR DEFENDANT GLOBAL EXPO TRANZ, LLC:** Michael Ernst

**COUNSEL FOR DEFENDANT NEW ENGLAND MOTOR FREIGHT, INC.:** Steven Abbott

**COUNSEL FOR DEFENDANT RR DONNELLEY LOGISTICS WORLDWIDE, INC.:** Anthony Wong

**COUNSEL FOR OAK HARBOR FREIGHT LINES, INC.:** David Koch, Paul Graves

**PROCEEDING:**  Conference call

A conference call was conducted commencing at 2:05 p.m. regarding the parties' Motions for Leave to Appear Telephonically at Settlement Conference (ECF Nos. 51, 52, 54). After conferring with counsel, the requests will be denied.  The settlement conference concluded at 2:18 p.m.

**IT IS ORDERED** that the Motions for Leave to Appear Telephonically at Settlement Conference (ECF Nos. 51, 52, 54) are **DENIED**.

*(signature)*
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE